UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>    Plaintiff,                   )<br>                                 )<br>    v.                           )<br>                                 )<br>658-670 MAIN STREET,             )<br>SOUTHBRIDGE, MASSACHUSETTS       )<br>                                 )<br>    Defendants.                  )<br>                                 ) | Civil Action No.<br>10-40079-FDS |

### ORDER ON ATTORNEY BONGIORNI'S MOTION TO WITHDRAW
### AND ON APPEARANCE OF ATTORNEY CONLIN

**SAYLOR, J.**

This is a case involving the forfeiture *in rem* of the real property located at 658-670 Main Street, Southbridge, Massachusetts. That property was previously held by the late Marc Belanger, who was represented by attorney Bongiorni. The property in question is now part of Mr. Belanger's estate, which is administered by Cheryl Belanger and represented by attorney Bernard J. Conlin of 84 Park Avenue, Worcester, Massachusetts.

The litigation has been long delayed due to Mr. Belanger's death and the transfer of responsibility to his estate. Attorney Bongiorni has now moved to withdraw from the case, citing the continued failure to respond on the part of Ms. Belanger and attorney Conlin to his numerous attempts to execute a settlement agreement.

This Court will hold a hearing on attorney Bongiorni's motion to withdraw on December 17, 2012, at 4:00 PM in Courtroom 2, at the United States District Court, 1 Courthouse Way, Boston, MA, before Judge F. Dennis Saylor IV. Because a property cannot represent itself, but

may only be represented by an attorney, the Court orders that attorney Bernard Conlin, as the representative of the estate, or some other attorney empowered to represent the estate, appear in person before the Court at that hearing.  If Mr. Bongiorni is permitted to withdraw, and if no other attorney appears and represents the property, a default will enter against the property, and a default judgment permitting forfeiture of the property will likely follow.

**So Ordered.**

                                                /s/ F. Dennis Saylor  
                                                F. Dennis Saylor IV  
Dated: November 30, 2012                    United States District Judge