UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>658-670 MAIN STREET, )<br>SOUTHBRIDGE, MASSACHUSETTS )<br>　　　　Defendant, )<br>MARC BELANGER, )<br>　　　　Claimant. ) | Civil Action No. 10-40079-FDS |

## ORDER VACATING RESTRAINING ORDER (Document No. 6)

**SAYLOR, D.J.**

The United States of America, having petitioned this Court for an order vacating the Restraining Order endorsed on May 17, 2010, it is hereby:

ORDERED that the Restraining Order (Docket No. 6), recorded on May 24, 2010, Book 45827, Page 222 at the Worcester South District Registry of Deeds, shall be vacated, thereby releasing the following real property pursuant to the Settlement Agreement filed with this Court on December 17, 2012:

> the real property located at 658-670 Main Street, Southbridge, Massachusetts, including all building, appurtenances and improvements thereon, as described in more detail in a deed recorded in Book 8736, Page 215, of the Worcester South District Registry of Deeds.

_/s/ F. Dennis Saylor_
F. DENNIS SAYLOR, IV
United States District Judge

Dated: 1.4.2013